## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 25-CV-20432-AHS

Plaintiff:
**ANTOINETTE M. PALMER**

vs.

Defendant:
**NCL (BAHAMAS) LTD.**

For:
Elizabeth Irazabal
Lipcon, Margulies, Winkleman, P.A.
2800 Ponce De Leon Blvd
Suite 1480
Coral Gables, FL 33134

Received by DLE Process Servers, Inc on the 3rd day of March, 2025 at 12:34 pm to be served on **NCL (BAHAMAS) LTD RA: Daniel S. Farkas, Esq., 7665 Corporate Center Drive, Miami, FL 33126**.

I, Antonio Samalea, do hereby affirm that on the **4th day of March, 2025** at **1:05 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Complaint and Demand For Jury Trial.** with the date and hour of service endorsed thereon by me, to: **Malena Delgado** as **Legal Dpt** for **NCL (BAHAMAS) LTD**, at the address of: **7300 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_____
Antonio Samalea
ID 3780

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2025011769

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

```
DELIVERED   3/4/2025 1:05 PM
LICENSE     ID 3780
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ANTOINETTE M. PALMER, | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-CV-20432-AHS |
| NCL (BAHAMAS) LTD., | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Defendant, NCL (BAHAMAS) LTD.
By Serving its Registered Agent: Daniel S. Farkas, Esq.
7665 Corporate Center Drive
Miami, Florida 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth Irazabal
Lipcon, Margulies & Winkleman, P.A.
2800 Ponce De Leon Blvd, Suite 1480
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____01/29/2025_____

Angela E. Noble
Clerk of Court

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-CV-20432-AHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                         [Reset]